THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jonathan Devere
 Shell, Appellant.
 
 
 

Appeal from Spartanburg County
 Gordon G. Cooper, Circuit Court Judge
Unpublished Opinion No. 2007-UP-438
Submitted October 1, 2007  Filed October
 9, 2007    
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary,of Columbia, for Appellant.
 Deputy Director for Legal Services Teresa A. Knox; Legal Counsel Benjamin
 J. Aplin, both of Columbia, for Respondent.
 
 
 

PER CURIAM: Jonathan
 Devere Shell appeals the revocation of two years of his suspended sentence.  Shell
 contends there was no evidentiary showing of facts to support the circuit
 courts decision to revoke his suspended sentence.  Shells counsel attached a
 petition to be relieved, stating she reviewed the record and concluded this
 appeal lacks merit.  Shell did not file a pro se response brief. 
 After a thorough review of the record and counsels brief, pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Shells appeal and grant counsels
 motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.